NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

Miscellaneous Docket No. 933

IN RE ECHOSTAR CORP. and DISH NETWORK CORP.
(formerly known as Echostar Communications Corp.),

Petitioners.

On Petition for Writ of Mandamus to the United States District Court for the
Eastern District of Texas in case no. 2:08-CV-00070,
Magistrate Judge Charles Everingham.

ON PETITION FOR WRIT OF MANDAMUS

ORDER

Echostar Corp. et al. (Echostar) submit a petition for a writ of mandamus to direct the United States District Court for the Eastern District of Texas to vacate its September 30, 2009 order denying Echostar's motion to transfer venue, and to direct the Texas district court to transfer the case to the United States District Court for the District of Delaware.

Upon consideration thereof,

IT IS ORDERED THAT:

Personalized Media Communications, L.L.C. is directed to respond no later than April 20, 2010.

FOR THE COURT

APR 0 6 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Otis W. Carroll, Esq.
Stephen D. Susman, Esq.
Clerk, United States District Court for the Eastern District of Texas
s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 0 6 2010

JAN HORBALY
CLERK